UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 8:08-cr-252-T-30TBM

ROBERT MANCIAS,

    Defendant.

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 117) pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for the $8,752.00 in U.S. currency.

1. On May 6, 2009, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Robert Mancias' interest in $8,752.00 in U.S. currency and a $13,800.00 Forfeiture Money Judgment, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2). (Doc. 99).

2. On May 7, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest of defendant Robert Mancias in the $8,752.00 in U.S. currency and a $13,800.00 Forfeiture Money Judgment. (Doc. 100).

3. On July 14, 2009, defendant Robert Mancias was sentenced at a hearing before United States District Judge James S. Moody, Jr., and on that same day, the Judgment was entered. (Docs. 115, 116). The forfeiture was included in the Judgment. (Doc. 116).

4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, from May 9, 2009 through June 7, 2009. (Doc. 110). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No persons or entities, other than the defendant Robert Mancias, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the currency. No third party has filed a petition, and the time for filing such Petition has expired.

6. The Court finds that the $8,752.00 in U.S. currency is the property of defendant Robert Mancias.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 117) is GRANTED. It is FURTHER **ORDERED** that all right, title and interest in the

$8,752.00 in U.S. currency are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law.

Clear title to the $8,752.00 in U.S. currency is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-252.fj forfeit 117.wpd

3